UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT LEE,

    Plaintiff,

v.

Case No. 17-cv-10025
Hon. Matthew F. Leitman

GO2GUY PROPERTY
MANAGEMENT LLC, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

This matter comes before this honorable court on the stipulation of the parties.

The Court being fully informed finds as follows:

**IT IS HEREBY ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** and without costs or fees as to all named Defendants.

This is a final order and closes this case.

        s/Matthew F. Leitman
        MATTHEW F. LEITMAN
        UNITED STATES DISTRICT JUDGE

Dated:  February 15, 2017

   I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 15, 2017, by electronic means and/or ordinary mail.

              s/Holly A. Monda
              Case Manager
              (313) 234-5113